2 pages

LAW OFFICE OF COWAN & BRADY
David M. Brady - CA Bar No. 070246
280 Hemsted Drive, Ste. B
Redding CA 96002
Phone: (530) 221-7300 Fax: (530) 221-7389
Email: office@dcowanlaw.com
Attorney for John W. Reger, Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No. 14-27937-A-7 |
| BETTY JO SMITH | DCN: DMB-3 |
| | Date: March 9, 2015 |
| | Time: 10:00 a.m. |
| | Dept.: A, Ctrm: 28, 7th Floor |
| Debtor | 501 I Street, Sacramento, CA 95814 |
| _____/ | Hon. Michael S. McManus |

MOTION FOR ORDER TO APPROVE SALE OF REAL PROPERTY
DESCRIBED AS 10030 REX RESERVOIR ROAD, NEVADA
COUNTY, ROUGH AND READY, CALIFORNIA

John W. Reger, Trustee in this case, moves this Court for an order to approve the sale of real property described as 10030 Rex Reservoir Road, Nevada County, Rough and Ready, California, as set forth in the Vacant Land Purchase Agreement And Joint Escrow Instructions listed as **(Exhibit A).** The purchase price is $18,000.00, subject to overbids at the time of the hearing in $1,000 incremental increases. Potential bidders must notify the trustee or his attorney at least five days before the hearing and give the trustee a deposit of at least $1,000 in order to bid. The potential buyer/purchaser of the real property is Ryan Ellmas who has made an offer of $18,000.00, with earnest funds of $3,000 deposited with Placer Title. The Trustee has confirmed

the amount of the deposit with Placer Tile. Said funds are payable to the trustee and are refundable only if Ryan Ellmas is not the final buyer. If for any reason the proposed buyer withdraws from the purchase then the $3,000 earnest funds will belong to the trustee. The sale is to be in accordance with the terms of the agreement, except for any increased price from bidding. If the winning bid is an overbid by someone other than Ryan Ellmas or the Trustee is unable to perform and deliver said property to Ryan Ellmas the earnest money deposit shall be returned to Ryan Ellmas. This property is being sold "as-is" and without warranties of any kind.

The trustee believes that the purchase price is a reasonable fair market value for the Property. It is the Trustee's opinion that it is in the best interests of the bankruptcy estate to consummate the sale of this property in order to pay creditors.

All bids must be for cash, and the winning bidder must be prepared to consummate the sale within 20 days after the order approving the sale is entered. The money so deposited will be refunded if the sale is not consummated through no fault of the successful top bidder. The trustee reserves the right to cancel the sale as to the top bidder and proceed with a sale to the next highest bidder who was conditionally approved by the court if the sale to the top bidder cannot be consummated within that 20 days.

The proceeds of sale will be used pay creditors of the bankruptcy estate.

John Reger, Chapter 7 trustee, therefore requests that the court approve the sale of the real property to Ryan Ellmas or if there are other qualified bidders, then to the highest qualified bidder, subject to the conditional acceptance of bids below the highest offer so that a sale can be completed without further order of this court if the approved sale to the highest bidder is not consummated within a reasonable time.

Dated: February 10, 2015

David M. Brady, Attorney for John W. Reger, Trustee